| | |
|---|---|
| Benno Ashrafi, Esq. (CSBN 247623) | JS-6 |
| *BAshrafi@weitzlux.com* | |
| Ari Friedman (CSBN 265425) | |
| afriedman@weitzlux.com | |
| WEITZ & LUXENBERG, P.C. | |
| 1880 Century Park East, Suite 700 | |
| Los Angeles, California 90067 | |
| Tel.: (310) 247-0921 | |
| Fax: (310) 786-9927 | |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK STEFFEL, an individual, and LISA STEFFEL, an individual; | Case No: 2:14-cv-00842-WGY (MANx) |
| Plaintiffs, | *Assigned to Hon. William G. Young* |
| v. | |
| AM GENERAL, LLC, individually and as successor in interest to AM GENERAL CORPORATION and WILLYS-OVERLAND MOTORS, INC. and KAISER MOTORS CORPORATION and WILLYS MOTOR COMPANY and KAISER-JEEP CORPORATION and STUDEBAKER CORP. et al., | **ORDER TO DISMISS ENTIRE ACTION** |
| | Complaint Filed:   December 20, 2013 |
| Defendants. | Transferred from: *Patrick Steffel, et al. v. AM General LLC, et al.,* Los Angeles County Superior Court, Case No. BC531353 |

///

1
ORDER TO DISMISS ENTIRE ACTION

## ORDER TO DISMISS ENTIRE ACTION

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

It is so ordered that the above-captioned action be dismissed in its entirety against all remaining Defendants. Parties are to bear their own fees and costs. The parties request that the Court retain jurisdiction for the purposes of enforcing settlement.

It is hereby, ORDERED, that this matter is DISMISSED forthwith.

**IT IS SO ORDERED**

DATED: March 18, 2015

          __/s/ William G. Young_____
          The Honorable William G. Young
          Judge of the United States District Court